**U.S. Department of Justice**
United States Marshals Service

ORIGINAL

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 15CR-17 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JAY GOLDMAN | Arrest-Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD S. HARTUNIAN, United States Attorney, NDNY
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 20 2015
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please arrest the property and place in your custody.

(15-FBI-004967) $1,000,000.00 Payment

Signature of Attorney other Originator requesting service on behalf of:
s/ Sean K. O'Dowd/jfv

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 518-431-0247
DATE: 8/18/2015

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date 8-18-15 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 8-19-15
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS:
In USMS custody as of 08-11-2015.

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |